**U.S. Department of Justice**

                                                Civil Division

---

*Washington, D.C. 20530*

March 5, 2025

**VIA ECF**
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Western District of New York
2 Niagara Square
Buffalo, NY 14202

       Re:    *Almashiakhy v. Patel*, **Case No.: 1:23-cv-00841-JLS-JJM**

Dear Judge McCarthy:

       The Government respectfully submits this letter regarding the oral argument scheduled on March 12, 2025 in the above-referenced case. The claims raised by the Plaintiff in his First Amended Complaint fall within the purview of two Branches within the Civil Division of the United States Department of Justice -- the Federal Programs Branch and the Torts Branch – and those Branches separately briefed those claims. Because those arguments are distinct, the Official Capacity Defendants request permission for two attorneys, one from each Branch, to appear and present argument for the relevant portions of the hearing on March 12, 2025.

                                              Respectfully submitted,

                                              YAAKOV M. ROTH
                                              Acting Assistant Attorney General

                                              KIRSTEN L. WILKERSON
                                              Director, Torts Branch

                                              /s/ Jocelyn Krieger
                                              JOCELYN KRIEGER
                                              Trial Attorney, Torts Branch

United States Department of Justice
175 N Street, NE, Washington, DC 20002
Telephone: (202) 616-1679
Facsimile: (202) 616-5200
Email: Jocelyn.Krieger@usdoj.gov

LAUREN A. WETZLER
Deputy Director, Federal Programs Branch
KERI L. BERMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-7538
Fax: (202) 616-8470
Email:  keri.l.berman@usdoj.gov

*Attorneys for Official Capacity Defendants*

cc: Plaintiff's Counsel (by ECF)